IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARTIN HAROLD JONES, § | |
| ID # 42057-080, § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:25-CV-1349-X-BW |
| § | |
| ROBYN BECKHAM, et al., § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1) and 636(c), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and by separate judgment, Plaintiff's pro se complaint, received on May 30, 2025 (Dkt. No. 3), will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim upon which relief may be granted, which dismissal will count as a "strike" or "prior occasion" within the meaning of 28 U.S.C. § 1915(g). Plaintiff's *Heck v. Humphrey*, 512 U.S. 477 (1994), claims will be **DISMISSED** with prejudice until the conditions of *Heck* are met.

If Plaintiff files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED** this 22nd day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE